United States District Court
Southern District of Texas
**ENTERED**
June 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TONI EWTON** | § | |
| | § | |
| **VS.** | § | |
| | § | **CASE NO. 4:20-cv-03926** |
| **TEXAS RENAISSANCE FESTIVAL,** | § | |
| **LLC AND STARGATE MANOR** | § | |
| **ARBORETUM, LLC** | § | |

## ORDER OF DISMISSAL

ON THIS DAY came to be heard the Agreed Motion to Dismiss with Prejudice and it appeared to the court that the said motion was meritorious and should be granted. It is, therefore, ORDERED that the Agreed Motion to Dismiss with Prejudice is granted; and it is further;

ORDERED that Plaintiff's claims against Texas Renaissance Festival, LLC and Stargate Manor Arboretum, LLC are hereby dismissed with prejudice to the refiling of same, with each party bearing its own fees and costs.

THIS IS A FINAL JUDGMENT.

SIGNED this the  30th  day of _____June_____, 2021.



UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE,
AND ENTRY REQUESTED:

By: */s//Jason Wagner*
Jason Wagner
Attorney in Charge
State Bar No. 00795704
Federal Bar No. 20325
jwagner@jwagnerlaw.com
Two North Main Street
Kingwood, Texas 77339
Telephone: (713) 554-8450
Facsimile: (713) 554-8451

   **ATTORNEY FOR DEFENDANTS**

By: */s/ Gregg Rosenberg*
Gregg M. Rosenberg
Attorney in Charge
State Bar No. 17268750
Federal Bar No. 7325
gregg@rosenberglaw.com
3518 Travis Street, Suite 200
Houston, Texas 77002
Telephone: (713) 960-8300
Facsimile: (713) 621-6670

   **ATTORNEY FOR PLAINTIFF**